**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Alexandra Bunecky

        Plaintiff,

v.                  Case No.: 1:23−cv−02235
                   Honorable Edmond E. Chang

Nicholas Nesis, et al.

        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 23, 2023:

   MINUTE entry before the Honorable Edmond E. Chang: The defense's unopposed extension motion [24] is granted: the defense settlement response is due on 07/03/2023. The status report is due by 07/14/2023. If settlement negotiations are not productive, then the parties shall propose the next step of the litigation. The tracking status hearing of 07/14/2023 is reset to 07/21/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.