## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDRA BUNECKY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cv-02235 |
| | ) | |
| v. | ) | Judge Edmond E. Chang |
| | ) | Magistrate Judge Jeffrey T. Gilbert |
| CHICAGO POLICE OFFICER | ) | |
| NICHOLAS NESIS (#13406), | ) | |
| SUPERINTENDENT DAVID BROWN, | ) | |
| and CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties submit the following joint status report regarding the status of settlement negotiations, pursuant to the Court's June 23, 2023 Order. Dkt. 26:

1.      The parties are actively engaged in settlement negotiations.

2.      The parties believe that an early resolution in this case may be possible and agree that further settlement discussions may be fruitful.

3.      The parties are in agreement that it would be mutually beneficial to continue to explore the possibility of settlement before commencing discovery.

4.      If a settlement agreement cannot be reached within 30 days, Plaintiff intends to file an amended complaint and will ask this Court to enter a discovery schedule at that time.

Date: July 14, 2023

Respectfully submitted,


/s/ Brad J. Thomson
Brad J. Thomson
Ben H. Elson, Janine L. Hoft,
Nora Snyder, Hakeem Muhammad
People's Law Office
1180 N. Milwaukee Ave.
Chicago, IL 60642
773-235-0070
*Counsel for the Plaintiff, Alexandra
Bunecky*

/s/ Whitney N. Hutchinson
Whitney Newton Hutchinson
Steven Blair Borkan
Timothy P. Scahill
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030
*Counsel for Defendant Officer Nicholas
Nesis*

/s/ Richard Y. Hu
Richard Yao-Yuan Hu
Allan T. Slagel
Bianca Ciarroni
Kimberly Despas
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000
*Counsel for Defendants City of Chicago
and former Superintendent David
Brown*

2